UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

Quantez Demarco Ward,

        Defendant.

Case. No. 22-cr-195 (PJS/JFD)

**ORDER ON SECOND MOTION TO CONTINUE DATES TO FILE MOTIONS AND THE MOTIONS HEARING**

---

Before the Court is the Second Motion of the Defendant, Mr. Ward, for an extension of time in which to prepare and file pretrial motions. The Motion is not opposed by the United States. A reading of the Motion shows that Mr. Ward seeks a general, one-month continuance of all deadlines and hearings in this case. For the following reasons, the Motion is DENIED.

Mr. Ward's counsel states that he wants the extension requested in the Motion because "the parties have begun discussions towards settlement and the parties believe that it is in the interest of judicial economy that the new dates be continued to allow the parties a chance to reach possible resolution." (Mot. at 1, Dkt. No. 21.) There is no explanation of why it is that a full halt to the case is necessary in order to facilitate settlement negotiations. Nor does the phrase "the parties have begun discussions towards settlement" mean that this case will, in fact, resolve.

There is no provision of the Speedy Trial Act that allows time spent negotiating a

resolution to be excluded from the calculation of the time within which a case must be brought to trial. Nor is there any other filing on the docket of this case that will allow time to be excluded from the Speedy Trial Act's calculations. If the extension sought by this Motion were to be granted, it would be the second extension motion granted in the space of just a month, and the combined length of the extensions would be six weeks. The Speedy Trial Act requires criminal cases to be brought to trial within seventy days—ten weeks. 18 U.S.C. § 3161(c)(1). These extensions, in other words, will consume sixty percent of the time in which to bring this case to trial.

Absent more, Defendant's Second Motion to Continue Dates to File Motions and the Motions Hearing (Dkt. No. 21) must be, and is, **DENIED**.

Date: September 15, 2022        *s/ John F. Docherty*
                                JOHN F. DOCHERTY
                                United States Magistrate Judge